DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**WANDA RUIZ,** as Guardian of CARMEN OTERO, et al.,
Appellant,

v.

**JOHN H. REYNOLDS,**
Appellee.

No. 4D21-3275

[July 7, 2022]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Paige Hardy Gillman, Judge; L.T. Case No. 502019CA015681XXXXMB.

Kimberly J. Fernandes of Kelley Kronenberg, P.A., Tallahassee, for appellant.

John H. Reynolds and Nicholas F. Demes of Reynolds & Reynolds, P.L., West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, FORST and ARTAU, JJ., concur.

\*       \*       \*

***Not final until disposition of timely filed motion for rehearing.***